[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM<br><br>　Plaintiffs-Appellants/Cross-Appellees,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　Defendant-Appellee/Cross-Appellant. | Nos. 07-5112,<br>07-5113 &<br>07-5122<br>(consol.) |

**JOINT REPORT OF THE PARTIES ON THE STATUS OF MEDIATION**

Pursuant to this Court's order dated November 21, 2007, the parties, through their undersigned counsel, submit this joint report on the status of the mediation. The parties have continued to actively participate in mediation, and will submit another status report no later than 90 days from the date of this report. The parties will file motions to govern future proceedings in this case within 30 days of the conclusion of settlement proceedings.

Respectfully submitted,


/s/ Scott L. Nelson            /s/ Joshua P. Waldman
(by consent)                   JOSHUA P. WALDMAN
SCOTT L. NELSON                (202) 514-0236
D.C. Bar No. 413548            Attorney, Appellate Staff
(202) 588-1000                 Civil Division, Room 7232
Public Citizen Litigation      U.S. Department of Justice
Group                          950 Pennsylvania Avenue
1600 20th Street, N.W.         N.W.
Washington D.C. 20009          Washington, D.C. 20530
snelson@citizen.org            joshua.waldman@usdoj.gov
Attorney for Susan Long        Attorney for United States
and David Burnham              Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing status report with the Court by using the appellate CM/ECF system. I further certify that the following counsel is a registered CM/ECF user and that service will be accomplished through the appellate CM/ECF system:

    Scott L. Nelson
    snelson@citizen.org
    Public Citizen Litigation Group
    1600 20th Street, NW
    Washington, D.C. 20009

    /s/ Joshua Waldman
    Joshua Waldman
    Attorney for the United
    States Department of Justice
    Civil Division, Room 7232
    U.S. Department of Justice
    950 Pennsylvania Ave. N.W.
    Washington, DC 20530
    (202) 514-0236
    joshua.waldman@usdoj.gov