[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM<br><br>  Plaintiffs-Appellants/Cross-Appellees,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendant-Appellee/Cross-Appellant. | Nos. 07-5112, 07-5113 & 07-5122 (consol.) |

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), and pursuant to a Settlement Agreement entered into by the parties on September 26, 2024, Plaintiffs-Appellants/Cross-Appellees Susan B. Long and David Burnham, and Defendant-Appellee/Cross-Appellant United States Department of Justice, hereby jointly move to dismiss their respective cross-appeals in the above-captioned matter. Each party shall bear its own costs and fees except as specified in the parties' Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott L. Nelson (by consent) <br> SCOTT L. NELSON <br> D.C. Bar No. 413548 <br> (202) 588-1000 <br> Public Citizen Litigation Group <br> 1600 20th Street, N.W. <br> Washington D.C. 20009 <br> snelson@citizen.org <br> Attorney for Susan Long and David Burnham | /s/ Joshua P. Waldman <br> JOSHUA P. WALDMAN <br> (202) 514-0236 <br> Attorney, Appellate Staff <br> Civil Division, Room 7527 <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue N.W. <br> Washington, D.C. 20530 <br> joshua.waldman@usdoj.gov <br> Attorney for United States Department of Justice |

# CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains no more than 66 words. This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedures 32(a)(5)-(6) because it has been prepared in a mono spaced typeface using Microsoft Word in 14-point Courier New.

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing Joint Motion for Voluntary Dismissal with the Court by using the appellate CM/ECF system. I further certify that the following counsel is a registered CM/ECF user and that service will be accomplished through the appellate CM/ECF system:

    Scott L. Nelson
    snelson@citizen.org
    Public Citizen Litigation Group
    1600 20th Street, NW
    Washington, D.C. 20009

    /s/ Joshua Waldman
    Joshua Waldman
    Attorney for the United
    States Department of Justice
    Civil Division, Room 7527
    U.S. Department of Justice
    950 Pennsylvania Ave. N.W.
    Washington, DC 20530
    (202) 514-0236
    joshua.waldman@usdoj.gov